[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10842

_____

D. C. Docket No. 0:10-cv-61064-JEM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 22, 2011
JOHN LEY
CLERK

HARTFORD CASUALTY INSURANCE COMPANY,
a foreign corporation,

Plaintiff-Counter
Defendant-Appellee,

versus

INTRASTATE CONSTRUCTION CORP.,
a Florida corporation,
LISA BISOGNO,
a Florida resident,
PETER BISOGNO,
a Florida resident,

Defendants-Counter
Claimants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 22, 2011)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Appellants argue, on this interlocutory appeal, that the district court abused its discretion in granting Appellee's request for a preliminary injunction.

After a thorough review of the briefs, record, and having had the benefit of oral argument, we conclude the district court did not abuse its discretion in granting the preliminary injunction. We do not decide the ultimate issue of whether Appellee will prevail.

**AFFIRMED.**